# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2025 KW 0301

VERSUS

MAYA GWENLYN JONES                                      **JUNE 30, 2025**

---

In Re:      State of Louisiana, applying for supervisory writs, 32nd
            Judicial District Court, Parish of Terrebonne, No.
            844147.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

   **WRIT DENIED.**

                                        **AHP**
                                        **EW**
                                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT